# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL 731 HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY; et al.,<br><br>Defendants. | Case No.: 1:25-cv-339 |

## NOTICE OF APPEARANCE

William F. Cash III now appears for the Plaintiff, Teamsters Local 731 Health and Welfare Fund.

Respectfully submitted,

/s/ William F. Cash III

1