# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Teamsters Local 731 Health and Welfare Fund
                                         Plaintiff,

v.                                                            Case No.: 1:25−cv−00339
                                                                       Honorable Mary M. Rowland

Eli Lilly & Company, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2025:

         MINUTE entry before the Executive Committee: Case reassigned to the Honorable Mary M. Rowland for all further proceedings pursuant to the provisions of 28 USC 294(b). Mailed notice. (smb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.