

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton　　　　　　　　　　　　　　　　　　　　　　　　　　312-435-5670
Clerk

3/10/2025

Re: Teamsters Local 731 Health and Welfare Fund v. Eli Lilly & Company et al

USDC Case Number: 25-cv-339

MDL Number: 3080

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 3/10/2025:

　　X　Was electronically transmitted to: District of New Jersey

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely.
　　　　　　　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Sarah Bouchard
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures

**New Case No.** _____　　　　　　　　**Date**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

cc:　　Non-ECF Attorneys and Pro se Parties